AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:21-mj-04697 | 10/13/2021 0715 | Maria Mendez |

Inventory made in the presence of:
Maria Mendez

Inventory of the property taken and name of any person(s) seized:

One EXETER MONTHLY STATEMENT FOR 2019 Cadillac in CANTRELL's name
One Glock 19 model Gen 4. SN: BMBK06?? (crossed out)
One Glock 23 gen 5 SN: BSL2825
Four additional magazines for Glock 19 and Glock 23
Two Glock boxes bearing S/N BMBK061 and BSL2825
Four small black bags with approximately 66 pills.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/14/2021

*Executing officer's signature*

Jannah R Holden, Special Agent
*Printed name and title*